Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Fatin Sawa Gando

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FATIN SAWA GANDO, | Case No.: 2:24-cv-01053-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Fatin Sawa Gando and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 5, 2024 to October 3, 2024, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Counsel for plaintiff encountered significant delays due to family emergency. This request is made at the request of Plaintiff's counsel to allow additional time to adequately and fully research the issues presented.

DATE: September 5, 2024     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Fatin Sawa Gando

DATE: September 5, 2024     JASON M. FRIERSON
United States Attorney

*/s/ Franco L. Becia*

BY: _____
Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1
2  DATED:    09-13-24
3  IT IS SO ORDERED.
4
5                              UNITED STATES MAGISTRATE JUDGE
6
7
...
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:24-CV-01053-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 5, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff