JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FATIN SAWA GANDO )<br><br>    Plaintiff, )<br> )<br>    v. )<br> )<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br> )<br>    Defendant. )<br> )<br> ) | Case No.: 2:24-cv-01053-MDC<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME**<br>(**_FIRST REQUEST_**) |

Defendant, Martin O'Malley, Commissioner of Social Security (Defendant), respectfully

requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed

on October 3, 2024), currently due on November 4, 2024, by 30 days, through and including

December 4, 2024.  Defendant further requests that the deadline for Plaintiff's optional reply brief be

extended to December 18, 2024.

This is Defendant's first request for an extension of time to file a response.  Good cause exists

for this extension.  Counsel is currently in the process of determining whether a settlement agreement

is possible in this case.  Additional time is required for Defendant's undersigned counsel and

1  specialized attorneys within the undersigned's office to consider this option.  If the case cannot be

2  settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by

3  the new due date of December 4, 2024.  Counsel for Defendant advised counsel for Plaintiff of the

4  need for this extension on October 30, 2024.  Counsel for Plaintiff confirmed that Plaintiff does not

5  object to this request.

6        It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's

7  Brief, through and including December 4, 2024.  This request is made in good faith and with no

8  intention to unduly delay the proceedings.

9

10        Dated: October 30, 2024                          Respectfully submitted,

11                                                          JASON M. FRIERSON
                                                            United States Attorney
12
                                                            /s/ David Priddy
13                                                          DAVID PRIDDY
                                                            Special Assistant United States Attorney
14

15

16

17                                                          IT IS SO ORDERED.

18                                                          _____
                                                            UNITED STATES MAGISTRATE JUDGE
19

20                                                          DATED: 11-12-24_____

21

22

23

24

25

26                                          2

1

**CERTIFICATE OF SERVICE**

2        I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My

3 business address is 6401 Security Boulevard, Baltimore, Maryland 21235.  I am not a party to the

4 above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION**

5 **FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing

6 the foregoing with the Clerk of the District Court using its ECF System, which provides electronic

7 notice of the filing:

8        Leonard Stone
        Shook & Stone, Chtd.
9        710 S. Fourth Street
        Las Vegas, NV 89101
10        702-385-2220
        Email: lstone@shookandstone.com
11
        Marc V. Kalagian
12        Law Offices of Lawrence D. Rohlfing, Inc., CPC
        12631 East Imperial Highway, Suite C-115
13        Santa Fe Springs, CA 90670
        562-868-5886
14        Fax: 562-868-8868
        Email: marc.kalagian@rksslaw.com
15
        Attorneys for Plaintiff
16

17        Dated:  October 30, 2024

18

19                                        */s/ David Priddy*
                                        DAVID PRIDDY
20                                        Special Assistant United States Attorney

21

22

23

24

25

26                                        3